# Exhibit A

VIRGINIA:

## IN THE CIRCUIT COURT OF BRISTOL, VIRGINIA

|  |  |  |
|---|---|---|
| Vladimir Kruglyak, d/b/a<br>FRUKLYAK, INC.,<br>　　　　　　Plaintiff(s), | )<br>)<br>)<br>)<br>)<br>) | Case No.:　520 CL 2200027800 |
| vs. | )<br>)<br>)<br>) | FILED: May 4, 2022<br>TIME: 1:20pm<br>CIRCUIT COURT CLERKS OFFICE |
| HOME DEPOT U.S.A., INC.,<br>Karen J. Phoebus,<br>　　　　　　Defendant(s). | )<br>)<br>)<br>)<br>) | CITY OF BRISTOL, VA<br>KELLY L. FLANNAGAN, CLERK<br>BY: Emily Barrello　　D.C. |

## VERIFIED COMPLAINT

Plaintiff, Vladimir Kruglyak ("Kruglyak"), respectfully submits this complaint and exhibits in support of the claim against Defendants, HOME DEPOT U.S.A., INC., ("Home Depot") and Karen J. Phoebus ("Mrs. Phoebus"), in the above referenced civil action, pursuant to Virginia Consumer Protection Act (VCPA), Uniform Commercial Code (UCC) and all other applicable laws and statutes, and states and alleges as follows:

### I.　INTRODUCTION

1. This action arises from defendants' misrepresentation of the product, whirlpool bathtub ("tub"), by posting images and verbatim descriptions at the defendants' website (www.homedepot.com) of the product's features which do not exist on the received by plaintiff product.

1 of 15

## II.    PARTIES

2.  Plaintiff Kruglyak is the homeowner and resident of the City of Bristol, Tennessee, and a long-term customer of the nearest Home Depot store located at 400 Forsythe Rd, Bristol, Virginia, 24202.

3.  Defendants is the nationwide retail corporation with the principal office in Atlanta, Georgia. The defendants have the registered agent in Virginia: "Corporation Service Company," located at 100 Shockoe Slip Fl 2, Richmond, VA 23219.

4.  Karen J. Phoebus is a manager at the Bristol, Virginia Home Depot store located at 400 Forsythe Rd., Bristol, Virginia, 24202. She is being sued in her professional and personal capacities.

## III.    JURISDICTION AND VENUE

5.  This court has exclusive original jurisdiction over the above-referenced civil action with claims exceeding $25,000.

6.  This court has personal jurisdiction over Mrs. Phoebus who is working or residing or both in the Commonwealth, pursuant to Va. Code Ann. § 8.01-328.1 et seq.

7.  Venue is appropriate in accordance with Va. Code Ann. § 8.01-257.

## IV.    FACTUAL BACKGROUND

8.  On or about June 3, 2021 plaintiff has found advertisement of the tub titled as "Ariel 60 in. Center Drain Corner Alcove Whirlpool Bathtub in White," at the defendants' website www.homedepot.com that was priced at $1,799 before tax with free shipping. The tub fitted by size and plumbing of the plaintiff's bathroom renovation project and had desired

health benefiting functions according to the advertisement. In the attached ***Exhibit A*** are screenshot images of the tub's web advertisement.

9. Upon viewing the aforementioned images and reading the description, the plaintiff saw, read, and understood the following:

    a) the tub has the electronic control panel between headrests that regulates water temperature, the underwater LED lights, and water jets.

    b) the control panel has up and down temperature control buttons and hence the tub is able to maintain the chosen level of temperature without a need of adding hot water beyond the stated in the advertisement 98 gallons capacity of the tub;

    c) the tub has water heater that maintains temperature to allow for "ultimate relaxation" as described in the verbatim description of the product attached herein as ***Exhibit B***;

    d) the tub is unable to heat up fast the cold water;

    f) the tub has a power cord to plug-in into a standard 110V wall outlet.

10. From June 3, 2021 through June 21st 2021, plaintiff made multiple phone calls to the defendants, asking questions about the functions of the tub. The defendants provided no information as to the images or verbatim description or both of the tub's web advertisement being inaccurate in any way (emphasis supplied). The defendants also confirmed the absence of a showroom with an actual tub in the nearest to plaintiff Home Depot store.

11. On June 22, 2021, plaintiff made the purchase of the tub by making on-line payment using Bristol, Virginia Home Depot store as indicated in the purchase receipt attached herein as ***Exhibit C***.

12. On or about July 7 to 9th, 2021 the tub was delivered by Home Depot vehicle in the square wooden cage (weight 300lbs, size 8ft by 8ft by 3 ½ ft) to the plaintiff's property and was left undamaged outside on the terrace as depicted in the image attached here as ***Exhibit D***.

13. On or about August 22, 2021, the plaintiff's project came to the stage at which the tub could be unpackaged from the square box to be brought inside the bathroom.

14. Upon unpacking the tub, plaintiff found the product that is missing the depicted and verbatim described parts such as control panel, LED lights, and a water heater. Attached herein as ***Exhibit E*** are the images of the tub actually received by plaintiff.

15. Since August 22, 2021, plaintiff has contacted Mrs. Phoebus via phone (276) 466-1015 and email: karen_j_phoebus@homedepot.com. The logs of phone calls and copies of emails are attached herein as ***Exhibit F***. Plaintiff demanded the missing parts to be installed or the current tub to be exchanged for the tub matching with the advertised images and verbatim descriptions at no additional cost.

16. Upon defendants' refusal to supply parts or exchange the tub on the correct one (HW125 cost $3,299), the plaintiff located the on-line seller of matching parts: control panel, LED lights, and water heater, total cost of $829. Attached herein as ***Exhibit G*** is advertisement of the correct tub and the parts with prices.

17. Plaintiff also located a local bathtub specialist who has experience working with the surfaces of the bathtubs and who provided an estimate of their labor cost $785 (dollars) in the email attached herein as ***Exhibit H***.

18. Plaintiff contacted the manufacturer of the tub and made sure that the tub model BT150150 (BT150150P as stated in the owner's manual) include the depicted on the website accessories such as LED lights and control panel. The manufacturer replied with denial of

the aforementioned accessories being present at the tub model BT150150 or BT 1501510P. The manufacturer also stated the model HW125 as the model that includes LED lights, digital control panel and water heater. All of the above stated email communications and the correct tub model number, attached herein as ***Exhibit I***, were timely shared with Mrs. Phoebus via her work email karen_j_phoebus@homedepot.com which she failed to reply.

19. However, earlier in 2021 Mrs. Phoebus did answer Plaintiff's email using the same mailbox in relation to the different item (storm door) as indicated in the ***Exhibit J***.

20. Upon requesting the refund through the method of payment PayPal, the defendants offer was to return the whole tub for a store credit and at the shipping and handling expense of plaintiff, $1,802, as indicated in the PayPal return request by Home Depot and shipping estimate by TForceFreight attached herein as ***Exhibit K***. Home Depot and Mrs. Phoebus did not provide delivery information for the correct tub in exchange for the wrong one.

21. The plaintiff is now unable to finish this renovation product of the mother-in-law type of private accommodation for more than six months, suffering loss of rental income of at least $250 per day using travelers' website as indicated in the advertisement, attached herein as ***Exhibit L***, of the local property with a similar tub.

22. On or about November 5, 2021, plaintiff has filed the claim against defendants in the General District Court of Bristol, Virginia, but at January 19, 2022 hearing he had to take nonsuit due to defective pleadings that did not account for rights and remedies allowed under Virginia Consumer Protection Act and other applicable statutes.

## V.    CAUSES OF ACTION

### FIRST CAUSE OF ACTION:
### FRAUDELENT MISREPRESENTATION

23. Plaintiff adopts, reiterates, and incorporates by reference paragraphs 1 through 22 as if fully set forth herein and further alleges as follows:

24. The defendants Home Depot and Mrs. Phoebus made false statements, representations, and disclosures of fact as to the true functions and features of the tub by photographic and verbatim product descriptions at the Home Depot's website (www.homedepot.com).

25. Such false statements, representations, and disclosures of fact were made with full knowledge of their falsity or with reckless disregard for the truth.

26. Plaintiff justifiably relied on such false statements, representations, and disclosures of fact, which played a material and substantial part in leading plaintiff to purchase the tub.

27. Defendants intended for plaintiff to rely on such false statements, representations, and disclosures of fact.

28. Plaintiff justifiably relied on these representations, and these representations resulted in direct damages in a form of loss in rental income and additional expenses for the cost replacing the tub.

29. The defendants have not responded to plaintiff's emails and phone calls made in September and October and have willfully and knowingly refused to acknowledge the mismatch in the product advertised with the product received.

30. The defendants thereby misrepresented the material facts and used bait and switch tactics in order to obtain monetary benefits. As a result of defendants' actions or lack thereof or both, the plaintiff has suffered and continues to suffer the economic and material damages.

31. As a result of the fraud perpetrated upon plaintiff by defendants in the sale of the tub, plaintiff is entitled under common law to an award against defendants of actual and punitive damages.

## SECOND CAUSE OF ACTION:
## BREACH OF CONTRACT

32. Plaintiff adopts, reiterates, and incorporates by reference paragraphs 1 through 31 as if fully set forth herein and further alleges as follows:

33. The defendants Home Depot and Mrs. Phoebus offered to sell the depicted and described by them product in exchange for consideration valued at $1,799 dollars before tax. Plaintiff accepted the offer by making full payment of $1,894.35.

34. The defendants induced plaintiff to enter the transaction and formed a contract. Defendants have subsequently breached this contract by failing to supply the initially promised product. As a result, the defendant has suffered and continues to suffer the economic and material damages.

## THIRD CAUSE OF ACTION:
## VIOLATIONS OF VIRGINIA CONSUMER PROTECTION ACT

35. Plaintiff adopts, reiterates, and incorporates by reference paragraphs 1 through 34 as if fully set forth herein and further alleges as follows:

36. The VCPA applies to "...fraudulent acts or practices committed by a supplier in connection with a consumer transaction..." Va. Code Section 59.1-200.

37. Defendant Home Depot is a "supplier" under the VCPA, defined at Section 59.1-198(4) as "a seller ... who advertises, solicits or engages in consumer transactions..."

38. The transaction in question was a "consumer transaction" under the VCPA, defined at Section 59.1-198(1) as "the advertisement, sale, ... or offering for sale ... of goods or services to be used primarily for personal, family or household purposes...."

39. By their conduct in misrepresenting the functions and features of the tub to plaintiff, Home Depot and Mrs. Phoebus have committed various prohibited fraudulent acts and practices declared unlawful by the following portions of Section 59.1-200 of the VCPA:

> (2). Misrepresenting the ... approval, or certification of goods or services;
>
> (5). Misrepresenting that goods...have certain ... characteristics, ... uses or benefits;
>
> (6). Misrepresenting that goods...are of a particular standard, quality, grade...
>
> (14). Using any other deception, fraud, false pretense, false promise or misrepresentation in connection with a consumer transaction.

40. Plaintiff Kruglyak was harmed by Mrs. Phoebus and Home Depot's misrepresentations in the amount equal to the tub replacement costs of $1,802 (dollars), difference in price of the tubs $1,500 (dollars), and lost rental income $250 (dollars) per day for 6 months due to failure of defendants to replace and remove the nonfunctioning tub from the bathroom and allow renovation project to continue.

41. Plaintiff Kruglyak is entitled to recover three times his actual damages, pursuant to Va. Code § 59.1-204 (A).

### FOURTH CAUSE OF ACTION:
### VIOLATIONS OF THE UNIFORM COMMERCIAL CODE (UCC) – EXPRESS WARRANTY

42. Plaintiff adopts, reiterates, and incorporates by reference paragraphs 1 through 41 as if fully set forth herein and further alleges as follows:

43. The transaction in question constitutes a sale of goods by a merchant of such goods under the provisions of the UCC.

44. Under the provisions of Section 8.2-313(1)(a) and (b) of the UCC, any affirmation or promise made by the seller to the buyer which relates to the goods and becomes part of the basis of the bargain creates an express warranty that the goods shall conform to the affirmation or promise, and any description of the goods which is made part of the basis of the bargain creates an express warranty that the goods shall conform to the description.

45. The photographic and verbatim representations of the tub's ability to control water temperature and have underwater lights made by Home Depot and Mrs. Phoebus were affirmations of fact or promises and descriptions of the goods which became part of the basis of the bargain between plaintiff and defendants.

46. These representations were not true. Defendants breached their express warranties to plaintiff.

47. Plaintiff is entitled to the remedies provided by Section 8.2-701 et seq. of the UCC for breach of express warranty, including but not limited to the right under Section 8.2-714(2) to recover as his measure of damages for breach of warranty the difference, at the time and place of acceptance, between the value of the tub as delivered and the value it would have if it had been as warranted.

48. Under Section 8.2-714(3), plaintiff is entitled to recover consequential damages as provided for by Section 8.2-715. Under Section 8.2-715(2)(a) plaintiff is entitled to recover as consequential damages any loss, including loss of rental income $250 dollars per day for six months, resulting from his general or particular requirements and needs of which, defendant at the time of contracting should have been reasonably aware.

**FIFTH CAUSE OF ACTION:**
**VIOLATIONS OF THE UNIFORM COMMERCIAL CODE - IMPLIED WARRANTY**
**OF MERCHANTABILITY**

49. Plaintiff adopts, reiterates, and incorporates by reference paragraphs 1 through 48 as if fully

    set forth herein and further alleges as follows:

50. Under the provisions of Section 8.2-314(1) of the UCC, a warranty that the goods

    shall be merchantable is implied in a contract for their sale if the seller is a merchant with

    respect to goods of that kind.

51. Under Virginia Code Section 8.2-314(2), goods to be merchantable must be at least such

    as, among other things, are fit for the ordinary purposes for which such goods are used.

52. The tub was not merchantable when defendants sold it to plaintiff in a way it could not

    keep constant the warm water temperature, neither it had digital panel to control water

    temperature nor it had underwater lights.

53. Plaintiff is entitled to the remedies provided by Section 8.2-701 et seq. of the UCC for

    breach of the implied warranty of merchantability, including but not limited to the right

    under Section 8.2-714(2) to recover as his measure of damages for breach of warranty the

    difference at the time and place of acceptance between the value of the tub as delivered

    and the value it would have if it had been as warranted.

54. Under Section 8.2-714(3), plaintiff is entitled to recover consequential damages as

    provided for by Section 8.2-715. Under Section 8.2-715(2)(a) plaintiff is entitled to recover

    as consequential damages any loss, including loss of rental income $250 dollars per day

    for 6 months, resulting from his general or particular requirements and needs of which,

    defendants at the time of contracting should have been reasonably aware.

## SIXTH CAUSE OF ACTION:
## UNJUST ENRICHMENT

55. Plaintiff adopts and incorporates by reference the allegations made in paragraphs 1 through 54 as if fully set forth herein and further alleges as follows:

56. The defendants are expecting benefit of plaintiff's resources in relation to buying and installing missing parts of the tub; or in the alternative, expecting return of the whole tub without providing a matching by type and size product in exchange.

57. The plaintiff claimed reasonable compensation from defendants (either parts with installation or replacement tub that matches the advertisement by functions). However, the defendants refused to provide such compensation.

58. The defendants are enjoying the benefit of plaintiff's resources without paying for them. As a result, plaintiff has suffered and is continuing to suffer economic and material damages.

## SEVENTH CAUSE OF ACTION:
## VIOLATIONS OF THE MAGNUSON-MOSS WARRANTY ACT

59. Plaintiff adopts, reiterates, and incorporates by reference paragraphs 1 through 58 as if fully set forth herein and further alleges as follows:

60. Plaintiff is entitled to an award against the Defendants pursuant to §2310(d) of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 et seq., for actual damages and to cancel the contract pursuant to the Plaintiff's request for refund and rejection, or in the alternative, revocation of acceptance for the defendants' breach of implied warranties, plus court costs and attorney's fees.

### EIGHTH CAUSE OF ACTION:
### FAILURE TO HONOR UCC REVOCATION OF ACCEPTANCE, REJECTION, OR CANCELLATION

61. Plaintiff adopts, reiterates, and incorporates by reference paragraphs 1 through 60 as

if fully set forth herein and further alleges as follows:

62. Plaintiff Kruglyak has notified Home Depot and Mrs. Phoebus through his method of

payment that he revokes the acceptance of the unit in whole or in part, pursuant to Va.

Code § 8.2-608; and that, in the alternative or cumulatively, plaintiff has rejected the tub

as nonconforming, pursuant to Va. Code § 8.2-601; and that he canceled the transaction,

pursuant to Va. Code § 8.2-711. The request of refund through PayPal and Home Depot's

return shipping request with shipping estimate, approximately equal to the cost of the tub,

are attached herein as Exhibit L mentioned in paragraph 20 above.

63. Defendants failed to honor Kruglyak's request for refund and cancellation and offered to

remove and ship the tub at Kruglyak's expense, thereby halting his bathroom renovation

project.

64. Plaintiff Kruglyak is entitled to the consequential damages as described in paragraphs 51

through 53 above.


### NINTH CAUSE OF ACTION:
### CONSTRUCTIVE FRAUD

65. Plaintiff adopts, reiterates, and incorporates by reference paragraphs 1 through 64 as

if fully set forth herein and further alleges as follows:

66. Even if the false statements, representations, and disclosures of fact made by defendants

were made innocently; plaintiff is entitled to recover actual damages under the common

law doctrine of constructive fraud.

## TENTH CAUSE OF ACTION:
### NEGLIGENCE

67. Plaintiff adopts, reiterates, and incorporates by reference paragraphs 1 through 66 as

if fully set forth herein and further alleges as follows:

68. Defendants' acts and omissions amounted to negligent misrepresentation to plaintiff

with respect to the true features and functions of the tub, entitling plaintiff to an award of

actual and punitive damages.


## ELEVENTH CAUSE OF ACTION:
### PUNITIVE DAMAGES

69. Plaintiff adopts, reiterates, and incorporates by reference paragraphs 1 through 68 as if fully

set forth herein and further alleges as follows:

70. As indicated in the *Exhibit 1(one)* page 3 of the Grounds of Defense filed by defendants on

or about January 4th, the tub's advertisement of the same model that plaintiff has purchased

(BT150150) still contains word "digital" in the "control type" description of its

specifications, even though the manufacturer clearly stated in their message, attached here

as *Exhibit I*, that model BT150150 or BT150150P does not have any digital controls.

71. Home Depot and Mrs. Phoebus in her managerial role is vicariously liable for acts and

omissions, known to her and defendants at the time of filing the answer, that demonstrated

a willful, wanton, malicious and utter disregard for the rights, well-being, and best interests

of plaintiff, entitling plaintiff to an award of punitive damages.


## VI.    PRAYER FOR RELIEF:

WHEREFORE, plaintiff Vladimir Kruglyak respectfully prays that this Court:

a) Awards Mr. Kruglyak actual damages for the loss of his rental income since July 9, 2021, the date of delivery of the wrong tub, until January 19, 2022 court hearing (194 days at $250 per day), total $48,500; plus full refund of $1,894 paid for the tub with replacement/shipping costs of $1,802, total $52,196 dollars;

b) Awards Mr. Kruglyak $52,196 as actual damages pursuant to the UCC for the Defendants' breach of the express warranty or implied warranty of merchantability;

c) Awards Mr. Kruglyak $52,196 as damages pursuant to the UCC for the Defendants' failure to honor the Kruglyak's revocation of acceptance, rejection, or cancellation;

d) Awards Mr. Kruglyak $52,196 of actual damages for violation of the VCPA, pursuant to the Virginia Consumer Protection Act, Va. Code § 59.1-204;

e) Awards Mr. Kruglyak three times plaintiff's actual damages, $156,588, pursuant to the Virginia Consumer Protection Act, Va. Code § 59.1-196 et seq;

f) Awards Mr. Kruglayk actual damages in the amount of $52,196 pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 et seq;

g) Awards Mr. Kruglayk $52,196 of actual damages for breach of warranty pursuant to Virginia Code § 8.2-701, et seq;

h) Awards Mr. Kruglyak statutory damages of an amount not less than the price differential between tub models $1,500, pursuant to Va. Code § 8.2-507(1);

i) Awards Mr. Kruglayk costs, expenses, and reasonable attorney's fees, pursuant to the Magnuson-Moss Warranty Act, at 15 U.S.C. § 2310(d); and the Virginia Consumer Protection Act, at Va. Code § 59.1-204;

j) Awards plaintiff Kruglyak punitive damages of $104,392.

k) Awards plaintiff actual damages and punitive damages, pursuant to either or a

combination of the common law doctrines of fraud, breach of contract,

misrepresentation and deceit, constructive fraud, unjust enrichment, negligence; and

punitive damages; and,

l)   orders such other and further relief that can be deemed as proper and just.

Dated: May 4th, 2022

Respectfully Submitted by,

Vladimir Kruglyak, *Plaintiff*
1216 Windsor Avenue
Bristol, TN 37620
Ph: (423) 972-7837
Email: kruglyak.vladimir@gmail.com

## VERIFICATION

I, Vladimir Kruglyak, am the plaintiff in the above referenced action. I hereby declare under penalty of perjury that I read the foregoing complaint and know the contents thereof to be true, except for the matters stated to be alleged based on information and belief as I believe them to be true.

Plaintiff's Signature: _____

Plaintiff's Name: Vladimir Kruglyak

Sworn to before me this

4th day of May 2022.

Notary Public: Ashley A Graham

My Commission Expires: COMMISSION EXPIRES OCTOBER 26, 2025

ASHLEY A. GRAHAM
STATE OF
TENNESSEE
NOTARY
PUBLIC
SULLIVAN COUNTY

# Exhibit A





Hover Image to Zoom

Close ✕

60 in. Center Drain Corner Alcove Whirlpool Bathtub in White

by **Ariel**

Product Images



DEPTH: 17in

MAX WATER DEPTH: 15 in

45.7 in

54.3 in

35.4 in

55.1 in

# Exhibit B



60 in. Center Drain Corner Alcove Whirlpool Bathtub in White

by Ariel ★★★★ (25)

| Product Overview | Specifications | Questions & Answers | Customer Reviews |

$179900

## Product Overview

The Ariel BT-150150 Whirlpool Bathtub is a 2 person, luxury spa that holds up to 98 Gal. of water. The nine Whirlpool jets in this unit deliver a therapeutic hydro-massage, which can be enjoyed alongside your partner. The 2 headrests provide comfort and the deck mounted handheld showerhead and faucet are easy to reach. The 5 mm tempered glass panel on the side adds a stylish accent to this corner Whirlpool bathtub unit. The acrylic and fiber glass construction is easy to clean and maintain. The Ariel BT-150150 Whirlpool Bathtub offers luxury and the ultimate relaxation for your home bathroom.

- 110-Volt
- 9 Whirlpool massage jets
- Pneumatic push-button to turn jets on or off
- Tub capacity: 98 Gal.
- Handheld showerhead
- 5 mm tempered glass
- Comes with flexible drain hose
- Shop more Bathtubs at The Home Depot to find the best option for your home
- Click here for more information on Electronic Recycling Programs

### Info & Guides

- Warranty
- Installation Guide
- Specification
- Use and Care Manual

You will need Adobe® Acrobat® Reader to view PDF documents. Download a free copy from the Adobe Web site.

- American Standard Deep Soak Whirlpool Drain $89.00
- IPT Sink Company 26 in. Stainless Steel Tile Insert Linear Shower Drain $89.97

× Get Everything You Need (2)

# Exhibit C

 **The Home Depot**                                              **- $1,894.35**
June 22, 2021
Payment Sent - PayPal Credit

 You reported a problem with this transaction. See the status of your case in the Resolution Center.

**Paid with**

PayPal Credit                                                                    $1,894.35

on June 18, 2021

**Shipped to**
S2S Bristol, VA #4658
3481 Lee Hwy
Bristol, VA 24202
United States

**Have you received this order?**
000000000000000
October 9, 2021, Sent by UPS
Status: Shipped

**Transaction ID**
0FM35247ND078535N

**Seller info**
The Home Depot
800-430-3376
http://www.homedepot.com

**Invoice ID**
1122;8119;20210621;0078;7601;0006;UDQ6JLLGPCNEA

**Purchase details**
Purchase amount                                                                  $1,894.35

Total                                                                            $1,894.35

# Exhibit D



# Exhibit E



# Exhibit F

 Gmail

Vladimir Kruglyak <kruglyak.vladimir@gmail.com>

## Wrong Bathtub
1 message

**Vladimir Kruglyak** <kruglyak.vladimir@gmail.com>
To: Karen J Phoebus <karen_j_phoebus@homedepot.com>

19 October 2021 at 12:53

Hi, Karen, how are you? I recall you mentioned that you will get back on monday with $829 parts refund status? Please let me know as soon as possible.

Thank you,

Vladimir Kruglyak, FKRUGLYAK LLC

 Gmail

Vladimir Kruglyak <kruglyak.vladimir@gmail.com>

# [Atlas International] Re: Vladimir Kruglyak/58566693/BT-150150/Bathtub/Missing items

**Vladimir Kruglyak** <kruglyak.vladimir@gmail.com>
To: Karen J Phoebus <karen_j_phoebus@homedepot.com>, "Horner, Steven J" <SJH671@homedepot.onmicrosoft.com>

14 October 2021 at 14:01

Hi, Karen, I spoke with you recently but have not gotten any email from management as you promised. Below please see the attached photo and video evidence of a wrong tub sent to me. Also, please see attached the cost of the missing parts files noted as BathParts (Control Panel, LED Lights, In-Line Heater [available at Home Depot], total cost of which is $829 without installation. I prefer to have a refund of this amount to pay for the parts as opposed to a store credit. Thank you.
[Quoted text hidden]

**15 attachments**


**image_2021-09-27_152121.png**
207K


**LED LIGHTS.jpg**
218K


**Ariel Tub No Control Panel.jpg**
247K

**image4.jpeg**
357K


**image5.jpeg**
373K

account.magicjack.com/account/acmg/mnj/getContactAndCallInfo.do

**magicJack** | OVERVIEW PRODUCTS PLANS INT'L HELP ACTIVATE | CALL US AT 800-MAGICJACK (800-624-4252) | RENEW SERVICE | CART | BLOG | Hi, VLADIMIR Your Account ˅

| Number | Direction | Date/Time | Duration |
|---|---|---|---|
| (773) 328-8411 | Incoming | 10/08/2021 02:12 pm | 00:34:25 |
| (712) 560-9462 | Incoming | 10/07/2021 01:06 pm | 00:0:39 |
| (423) 557-9313 | Incoming | 10/07/2021 05:39 pm | 00:0:38 |
| (207) 911-5884 | Outgoing | 10/06/2021 06:44 am | 00:0:06 |
| (616) 261-4967 | Incoming | 10/06/2021 10:00 am | 00:16:55 |
| (908) 388-9109 | Incoming | 10/06/2021 03:56 pm | 00:0:26 |
| (908) 388-9109 | Incoming | 10/06/2021 03:58 pm | 00:0:32 |
| (276) 494-0508 | Incoming | 10/05/2021 10:21 am | 00:1:03 |
| (276) 494-0508 | Incoming | 10/05/2021 02:15 pm | 00:0:03 |
| (423) 972-7837 | Incoming | 10/05/2021 02:31 pm | 00:0:11 |
| (978) 634-6515 | Incoming | 10/03/2021 12:53 pm | 00:0:43 |
| (908) 845-1985 | Incoming | 10/01/2021 10:38 am | 00:0:44 |
| (276) 466-1015 | Outgoing | 09/30/2021 12:34 pm | 00:0:57 |
| (276) 466-1015 | Outgoing | 09/30/2021 12:35 pm | 00:3:42 |
| (800) 466-3337 | Outgoing | 09/30/2021 12:39 pm | 00:106:28 |
| (800) 466-3337 | Outgoing | 09/30/2021 02:34 pm | 00:0:01 |
| (800) 466-3337 | Outgoing | 09/30/2021 02:35 pm | 00:0:01 |
| (423) 232-1811 | Outgoing | 09/30/2021 03:01 pm | 00:0:44 |
| (423) 232-1811 | Outgoing | 09/30/2021 03:02 pm | 00:0:36 |
| (423) 232-1811 | Outgoing | 09/30/2021 03:05 pm | 00:0:52 |
| (423) 232-1811 | Outgoing | 09/30/2021 03:09 pm | 00:0:36 |

**12:03**

myvprepay.verizon.com

# verizon✓



| | | |
|---|---|---|
| 463-232-2016 ↙<br>0 min(s) | $0.00 | Mon, 10/18/21<br>12:56:31 PM |
| 463-232-2016 ↙<br>0 min(s) | $0.00 | Mon, 10/18/21<br>12:56:29 PM |
| 276-676-0090 ↗<br>0 min(s) | $0.00 | Mon, 10/18/21<br>12:55:21 PM |
| 423-646-1060 ↗<br>1 min(s) | $0.00 | Mon, 10/18/21<br>12:41:32 PM |
| 18004530349 ↗<br>11 min(s) | $0.00 | Mon, 10/18/21<br>12:16:35 PM |
| 15135311000 ↗<br>6 min(s) | $0.00 | Mon, 10/18/21<br>12:10:50 PM |
| 12764661007 ↗<br>0 min(s) | $0.00 | Mon, 10/18/21<br>12:08:40 PM |
| 14237340698 ↗<br>1 min(s) | $0.00 | Mon, 10/18/21<br>12:03:47 PM |
| 12764661015 ↗<br>11 min(s) | $0.00 | Mon, 10/18/21<br>11:52:43 AM |

< Previous   21   **22**   23   24   25   Next >

12:01

myvprepay.verizon.com

# verizon✓

☰

## Data

+

## Voice

—

| | | |
|---|---|---|
| 18009300050 ↗<br>13 min(s) | $0.00 | Tue, 10/19/21<br>5:26:13 PM |
| 785-953-5070 ↙<br>0 min(s) | $0.00 | Tue, 10/19/21<br>5:27:27 PM |
| 785-953-5070 ↙<br>0 min(s) | $0.00 | Tue, 10/19/21<br>5:27:25 PM |
| 276-466-1015 ↙<br>2 min(s) | $0.00 | Tue, 10/19/21<br>5:12:19 PM |
| 12764661015 ↗<br>31 min(s) | $0.00 | Tue, 10/19/21<br>4:09:38 PM |
| 14235733382 ↗<br>3 min(s) | $0.00 | Tue, 10/19/21<br>2:43:18 PM |

< Previous   16   17   18   19   **20**   Next >

## Message

+

**12:02**

AA    myvprepay.verizon.com    ↻

# verizon✓                                    ☰

| | | |
|---|---|---|
| 276-494-4936 ↙ <br> 0 min(s) | $0.00 | Mon, 10/18/21 <br> 4:42:23 PM |
| 12764669211 ↗ <br> 1 min(s) | $0.00 | Mon, 10/18/21 <br> 4:33:50 PM |
| 12764661007 ↗ <br> 17 min(s) | $0.00 | Mon, 10/18/21 <br> 4:00:14 PM |
| 18004530349 ↗ <br> 3 min(s) | $0.00 | Mon, 10/18/21 <br> 3:03:39 PM |
| 800-521-8486 ↗ <br> 10 min(s) | $0.00 | Mon, 10/18/21 <br> 2:45:17 PM |
| 18004530349 ↗ <br> 9 min(s) | $0.00 | Mon, 10/18/21 <br> 2:36:09 PM |
| 12764661015 ↗ <br> 12 min(s) | $0.00 | Mon, 10/18/21 <br> 2:24:29 PM |
| 14632322016 ↗ <br> 0 min(s) | $0.00 | Mon, 10/18/21 <br> 1:02:42 PM |

< Previous   **21**   22   23   24   25   Next >

# Exhibit G



www.homedepot.com/p/Ariel-60-in-Center-Drain-Corner-Alcove-Whirlpool-Bathtub-in-White-HW125/315072465?showBuy

Explore Features | Need Help? | Call 1-866-333-3551  or  Text 78465

**Pro**

You're shopping
Bristol, VA
● OPEN until 9 pm

hw125

All Products    Specials & Offers    Credit Services    Rental    Services    Special Order    Resource Center

Home / Bath / Bathtubs / Corner Bathtubs

Lists    Buy It Again    Quotes    Quick Add

Hello,
Vladimir

Cart

Ariel   (Brand Rating 4 3/5) ⓘ
60 in. Center Drain Corner Alcove Whirlpool Bathtub in White

★ ★ ★ ★ ★ (1) ∨ Questions & Answers (3)

Hover Image to Zoom

🖉 Share    🖨 Print

Internet #319074692    Model #HW125    UPC Code #842121215821    Store SKU #1008378076

## $3299.00

* Features 9 whirlpool jets that offer therapeutic hydro massage
* Built with LED chromatherapy lighting for additional serenity
* Sleek triangle shape enables comfortable bathing positions
* See More Details

### How To Get It

This item is unavailable at Bristol, VA
Check Nearby Stores
Out of stock online
Receive an email when this item is back in stock

kragiyak.vladimir@gmail.com

**Notify Me**

🗈 Feedback    🗩 Live Chat



Hover Image to Zoom

Close ✕

60 in. Center Drain Corner Alcove Whirlpool Bathtub in White

by **Ariel**

Product Images



60 In. Center Drain Corner Alcove Whirlpool Bathtub in White
by **Ariel**

perfectbath.com

Perfect ✦ Bath

Home | About Us | Testimonials | Pricing | Cart | Checkout | Track your order | Blog | Affiliate Area | Contact | Login |

Login

WE ARE STILL OPEN FOR BUSINESS DURING COVID19 CRISIS



SALE
Shop Cmadian & Save

## Multi COLOR LED Light

$60.00

1

**ADD TO CART**

Bathtub Electrical Components Bathtub Parts Parts



Our Product
Specialists are
Available to Assist
You

48°F Rain coming

Perfect Bath



WE ARE STILL OPEN FOR BUSINESS DURING COVID19 CRISIS

SALE

Shop Canadian & Save

EAGO TS Tub Control For
BD1397

$500.00

1

ADD TO CART

Our Product
Specialists are
Available to Assist
You







homedepot.com

Need Help? | Call 1-866-333-3651  or  Text 78466

You're shopping
Bristol, VA
OPEN until 9 pm

Specials & Offers    Credit Services    Truck & Tool Rental    Services    Special Order    Resource Center    Lists    Buy It Again    Quot

Hello,
Vladimi



... 1500-Watt Whirlpool Heater

$209.00

* Makes replacing heater a snap
* Easy installation
* Complete with adapter fittings and mounts

How to Get It

Ship to Store                Ship to Home

Oct 20 Oct 25              Mon, Oct 18
FREE                         FREE

Sell ship to 1116 Bristol, VA to

Delivers to 37620

−    1    +

# Exhibit H

 Gmail                                    **Vladimir Kruglyak <kruglyak.vladimir@gmail.com>**

## Acrylic Whirlpool Tub

**Brett Gammon** <sales@tricitiesreglazing.com>                    22 October 2021 at 15:20
To: "kruglyak.vladimir@gmail.com" <kruglyak.vladimir@gmail.com>

Hi Vladimir.

It was great speaking with you today. As per our conversation to refinish a whirlpool ranges anywhere from $675-$785 and this will include a 10-year warranty in a residential property. If you have any more questions please feel free to reach out.

Thanks,
Brett

**From:**                              <                              >
**Sent:** Thursday, October 21, 2021 1:09:43 PM
**To:** Brett Gammon <                              >
**Subject:** Acrylic Whirlpool Tub

[Quoted text hidden]

# Exhibit I

18/01/2022, 16:29                    Gmail - [Atlas International] Re: Vladimir Kruglyak/58566693/BT-150150/Bathtub/Missing items

 Gmail                                    **Vladimir Kruglyak <kruglyak.vladimir@gmail.com>**

# [Atlas International] Re: Vladimir Kruglyak/58566693/BT-150150/Bathtub/Missing items

**Lourde Mae Malalis (Atlas International)** <support@atlasusa.zendesk.com>          28 September 2021 at 18:51
Reply-To: Atlas International <support+id53625@atlasusa.zendesk.com>
To: Vladimir Kruglyak <kruglyak.vladimir@gmail.com>
Cc: "sales@arielbath.com" <sales@arielbath.com>

**Lourde Mae Malalis** (Atlas International)
Sep 28, 2021, 15:51 PDT

Hello Vladimir,

I've seen the picture and thank you for this. As per management, the unit BT-150150 does not come with a Display screen, heater, or even LED lights.

I do apologize for the confusion. I appreciate your time and patience about this matter. Thank you and enjoy the rest of your day.

Best Regards,
Mae M.

**Jhoane Espiridion** (Atlas International)
Sep 27, 2021, 12:41 PDT

Request #53671 "Fwd: Ariel" was closed and merged into this request. Last comment in request #53671:

Dear Mae, attached please see the screenshot denoted as image_2021-09-27_150438.png showing the panel between two headrests. Also, the attached below image denoted as Ariel Tub No Control Panel shows the circled in red panel over the image copied from the Specification section of the Home Depot website. Similarly, the same website exhibited at the time of my purchase the led lights as depicted in the attached herein image denoted as LED LIGHTS.

In the attached pictures and video is the tub which I have received (Serial No. ARI 201163021), which has no such a panel nor it has led lights or a water heater. In addition, based on the description of your item, such as, "whirlpool bathtub" that offers the "ultimate relaxation," has forced me to believe that I will be able to relax inside the tub for long hours without water getting cold. See also the attached screenshot denoted

as image_2021-09-27_152121.png of your product's characteristics clearly posted on the Home Depot website. Upon examination of your product, I came to the conclusion that there is no water heater installed, which requires extra water and energy use beyond those 98 gallons tub capacity stated on your retailer's website.

As such, based on the documented discrepancies between the product advertised and the product I have received, I respectfully request to cure the aforementioned discrepancies at no additional cost to me and without significant delays. Namely, 1) I must have the control panel for which I paid; 2) I must have led lights for which I paid; and 3) I must have the in-line water heater for long hours of "ultimate relaxation" in a heated "whirlpool bathtub" using the 98 gallons of your advertised tub's capacity, no more than that.

Please let me know what is your intent as a seller to cure the apparent and vital product misrepresentations.

Sincerely,

Vladimir Kruglyak

---------- Forwarded message ---------
From: **Vladimir Kruglyak** intelligent.transportation.inc@gmail.com
Date: Mon, 27 Sept 2021 at 14:44
Subject: Ariel
To: Vladimir Kruglyak kruglyak.vladimir@gmail.com

Vladimir Kruglyak, CDL A

Attachment(s)
image0.jpeg
image1.jpeg
image2.jpeg
image3.jpeg
image4.jpeg
image5.jpeg
image6.jpeg
Ariel Tub No Control Panel.jpg
image_2021-09-27_150438.png
Video.mov
LED LIGHTS.jpg
image_2021-09-27_152121.png


**Lourde Mae Malalis** (Atlas International)
Sep 27, 2021, 11:17 PDT

Hello Vladimir,

Thank you for taking the time to contact us here at Atlas International.

I apologize for any inconvenience you may be having. Kindly send us a photo or video of the problem so that we can provide the best resolution for this matter.

If you have any other questions or concerns, please feel free to let me know. Thank you for your time and have a great rest of your day.

Best Regards,
Mae M.

---------------------------

Your request (53625) has been updated. To add additional comments, reply to this email.

[Quoted text hidden]

 Gmail

Vladimir Kruglyak <kruglyak.vladimir@gmail.com>

---

## [Atlas International] Re: Vladimir Kruglyak/58566693/BT-150150/Bathtub/Missing items

**Brook Anderson (Atlas International)** <support@atlasusa.zendesk.com>                28 April 2022 at 12:28
Reply-To: Atlas International <support+id104144@atlasusa.zendesk.com>
To: Vladimir Kruglyak <kruglyak.vladimir@gmail.com>

**Brook Anderson** (Atlas International)
Apr 28, 2022, 9:28 PDT

Hello Vladimir,

Thank you for reaching Atlas International. The other model that is very similar to BT150150 is the HW125, they have the same size but the HW125 has the digital panel, water heater, or LED lights. However this model is currently out of stock until late June. I have attached a file below for your references.

If you have any more questions or come across any other concerns, please let me know, I'll be happy to help.

Best regards,
Brook A.
Atlas International
Customer Service Representative

**Vladimir Kruglyak**
Apr 27, 2022, 21:01 PDT

This is a follow-up to your previous request #53625 "Vladimir Kruglyak/58566693/..."

Dear Mae, is there any chance the tub model BT150150 P or any other subsequent BT 150150 model identified by a letter at the end comes with a

# Exhibit J

 Gmail

**Vladimir Kruglyak <kruglyak.vladimir@gmail.com>**

---

## Fw: Storm door
2 messages

---

**Phoebus, Karen J** <KAREN_J_PHOEBUS@homedepot.com>            4 January 2021 at 18:59
To: "KRUGLYAK.VLADIMIR@GMAIL.COM" <KRUGLYAK.VLADIMIR@gmail.com>

Vladimir,
Below you will see the color choices Andersen offers. The color on your quote now is Terratone. If you decide to go with another color, we can make the switch for you. Also, I sent you a copy of the quote for the storm door.
Thank you,
Karen Phoebus
**Ops ASM**
**Home Depot 4658**
**Bristol, VA**
**PH 276-466-1015**

---



---

The information in this Internet Email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this Email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients any opinions or advice contained in this Email are subject to the terms and conditions expressed in any applicable governing The Home Depot terms of business or client engagement letter. The Home Depot disclaims all responsibility and liability for the accuracy and content of this attachment and for any damages or losses arising from any inaccuracies, errors, viruses, e.g., worms, trojan horses, etc., or other items of a destructive nature, which may be contained in this attachment and shall not be liable for direct, indirect, consequential or special damages in connection with this e-mail message or its attachment.

---

**kruglyak.vladimir@gmail.com** <kruglyak.vladimir@gmail.com>          4 January 2021 at 19:16

# Exhibit K

5/3/22, 12:45 PM                 Gmail - You've received a full refund offer from The Home Depot

 **Gmail**

**Vladimir Kruglyak <kruglyak.vladimir@gmail.com>**

---

## You've received a full refund offer from The Home Depot
1 message

---

**service@paypal.com** <service@paypal.com>
To: Vladimir Kruglyak <kruglyak.vladimir@gmail.com>

7 October 2021 at 22:52

---

Hello, Vladimir Kruglyak



# Return the item(s) to receive your refund

**What's happening with your case?**

The Home Depot has agreed to issue a full refund of $1,894.35 USD, once you return the item(s) associated with this transaction.

| | |
|---|---|
| Case ID | PP-D-128011358 |
| Disputed amount | $1,894.35 USD |
| Transaction ID | 0FM35247ND078535N |
| Transaction amount | $1,894.35 USD |
| Transaction date | June 22, 2021 |
| Seller name | The Home Depot |

Go to Case Details

**What should you do?**

To receive the refund, you'll need to initiate the return shipment and upload the
tracking information in the Resolution Center before October 17, 2021. We
suggest you retain a copy of the shipping label to verify the address of the
recipient. If needed, we may ask you to provide this document later.

The item(s) you received must be sent to the following shipping address:

The Home Depot

2455 Paces Ferry Road Atlanta, GA 30339 US

The item(s) must be in the same condition as when you received them and
you're responsible for any costs associated with the return. If you're shipping
internationally, mark "Returned Cargo" on the outside of the package to avoid
tax charges.

Since the cost of the item(s) is $750.00 USD or more (equivalent in other
currencies), you'll need to use a carrier that requires the recipient's signature
upon delivery.

**What happens next?**

Once we've confirmed that The Home Depot has received the item(s), we'll
issue the refund and close this case.

It may take up to 5 days for this refund to be reflected on your account. If you
paid using a credit or debit card, the money will be refunded to your card.
Depending on your card issuer, it can take up to 30 days for the refund to
appear on your card statement, depending on your card issuer's timeframes.

This case will be automatically closed if you don't respond by October 17,

 **NYU**

**Vladimir Kruglyak <vk518@nyu.edu>**

---

# TForce Freight Rate Quote

2 messages

---

**customerservice@tforcefreight.com** <customerservice@tforcefreight.com>          Fri, Oct 8, 2021 at 4:48 PM
To: vk518@nyu.edu

Dear vlodimare,

Thank you for your rate quote request. Based on the information that you have provided, your rate quote information is as follows:

**Origin:** 37620
**Destination:** 30301
**Approx. Days in Transit:** 1

**Weight:** 200
**Class:** 250
**Pieces/Handling Units:** 1
**Dimensions:** 60X60X30 inches
**Stackable?** Non-Stackable
**Linear Footage:** 5
**Cube:** 62.5
**Estimated Rate\*:** $1802.53
**Quote Number:** 230174317

Feel free to respond to this email if you have any further questions.

Thank you,

april a.
Customer Care Representative
TForce Freight
800-333-7400
www.tforcefreight.com

## You can also obtain rate quotes from our website: Rate Estimate

## For customized rate quotes, sign up for MyLTLFreight

\*Rules Tariff Item 894-A:

1. When Carrier provides an estimate of published tariff charges, whether orally, through the Carrier's website, or in writing, such a quote will be based on a single freight transaction, the applicable pricing provisions in place for the customer and the applicable facts that are made known to Carrier at the time of the request. The customer must accurately provide the commodity description, class, weight, number and type of handling units, dimensional information as well as all additional services requested. At the time of the quotation, a QUOTE NUMBER will be assigned by Carrier. This quote number must be prominently/conspicuously shown on the Bill of Lading at the time of shipment.

2. Such estimates of freight charges are furnished as a convenience to the shipping public and represent nothing more than an approximation of the freight charges. The estimate is not binding on either Carrier, shipper or other third party. Regardless of the estimate

# Exhibit L





© 2021 Vrbo,
all rights reserved

## Property details

### Vrbo
Prop ID: **732935**

**Listing status** ⓘ
Hidden

Reactivate
Archive

Edit property

**Listing plan**
Pay-per-booking
Inactive

Review plan

**Order History** ⓘ

View order history

**Expedia distribution** ⓘ

Link

Privacy Policy
Terms and Conditions
Local laws
Property
Performance New
Reservation manager
MarketMaker™ Beta
Calendar
Inbox
Dashboard

1216 Windsor Avenue,
732935

www.vrbo.com/p/property-details/321732935.1280073

Cozy Room in a Victorian House 1216 ...
Vrbo 732935

My account ∨    Help ∨

# COMMONWEALTH OF VIRGINIA



BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Summons

To: CORPORATION SERVICE COMPANY                    Case No. 520CL22000278-00
    100 SHOCKOE SLIP FL 2
    RICHMOND VA 23219

The party upon whom this summons and the attached complaint are served is hereby notified
that unless within 21 days after such service, response is made by filing in the clerk's office
of this court a pleading in writing, in proper legal form, the allegations and charges may be
taken as admitted and the court may enter an order, judgment, or decree against such party
either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Wednesday, May 04, 2022

Clerk of Court: KELLY L FLANNAGAN

by _____ D.C.
                    (CLERK/DEPUTY CLERK )

Instructions:

Hearing Official:

Attorney's name:

# COMMONWEALTH OF VIRGINIA



BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
In the BRISTOL CIRCUIT COURT

Case number: 520CL22000278-00
Service number: 001
Service filed: May 04, 2022

Served by: RICHMOND CITY                                    Judge:
Style of case: VLADIMIR KRUGLYAK DBA vs HOME DEPOT, USA
Service on: CORPORATION SERVICE COMPANY          Attorney:
              100 SHOCKOE SLIP FL 2
              RICHMOND VA 23219

Instructions:

Returns shall be made hereon, showing service of Summons issued Wednesday, May 04, 2022 with a copy of the
Complaint filed Wednesday, May 04, 2022 attached.

Hearing date   :
Service issued: Wednesday, May 04, 2022

For Sheriff Use Only

# COMMONWEALTH OF VIRGINIA



### BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
In the BRISTOL CIRCUIT COURT

Case number: 520CL22000278-00
Service number: 001
Service filed: May 04, 2022
Judge:

Served by: RICHMOND CITY
Style of case: VLADIMIR KRUGLYAK DBA vs HOME DEPOT, USA
Service on: CORPORATION SERVICE COMPANY          Attorney:
100 SHOCKOE SLIP FL 2
RICHMOND VA 23219



Instructions:

Returns shall be made hereon, showing service of Summons issued Wednesday, May 04, 2022 with a copy of the
Complaint filed Wednesday, May 04, 2022 attached.

Hearing date   :
Service issued: Wednesday, May 04, 2022

## For Sheriff Use Only



**CERTIFICATE**
**OF**
**CORPORATION SERVICE COMPANY**

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1.      It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2.      (a)      It maintains a business office in the Commonwealth of Virginia at 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.

(b)      Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

(c)      The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

Beverley L. Crump          Rene Nordquist
Linda B. Liles                Dustin Kline
Donna Creekmore           Alyssa Kanarr

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this _8_ day of March 2021.

CORPORATION SERVICE COMPANY

By: _Jackie Smetana_
Jackie Smetana, Executive Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this _8_ day of March 2020, by Jackie Smetana.

Notary Public

My Commission Expires: _Apr. 1 01, 2022_

ROBERT MICHAEL MELCHIORRE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 01, 2022