# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| VLADIMIR KRUGLYAK, d/b/a FRUKLYAK, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., <br><br> Defendant. | ) <br> ) <br> ) Case No. 1:22-cv-024 <br> ) <br> ) By:   Michael F. Urbanski <br> ) Chief United States District Judge <br> ) <br> ) <br> ) <br> ) |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, plaintiff Vladimir Kruglyak's motions to reconsider the court's March 28, 2023, Order dismissing Karen J. Phoebus as a defendant, ECF Nos. 21 and 51, are **DENIED**.

It is **SO ORDERED**.

Entered: February 15, 2024

Michael F. Urbanski
Chief United States District Judge

1