IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
September 26, 2024
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
       DEPUTY CLERK

| | |
|---|---|
| VLADIMIR KRUGLYAK, | ) |
| Plaintiff, | ) Case No. 1:22-cv-024 |
| v. | ) By:   Michael F. Urbanski |
| HOME DEPOT U.S.A., INC., | ) Senior United States District Judge |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, the court **ORDERS** as follows:

(1) The Report and Recommendation, ECF No. 62, is **ADOPTED in part** and **REJECTED in part**.

(2) Plaintiff Vladimir Kruglyak's Motion for Preliminary or Permanent Injunction, ECF No. 31, is **DENIED**.

(3) Home Depot's Motion for Summary Judgment, ECF No. 33, is **GRANTED in part** and **DENIED in part**.

(4) Kruglyak's Motion for Summary Judgment, ECF No. 96, is **DENIED**.

(5) Home Depot's Final Motion for Summary Judgment, ECF No. 80, is **GRANTED** as to Count Two, but **DENIED** as to Count One.

The court will enter a separate scheduling order and set this case for trial on Count One.

It is **SO ORDERED**.

Entered: September 25, 2024

*[signature]*

Michael F. Urbanski
Senior United States District Judge