CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
May 06, 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| **VLADIMIR KRUGLYAK,** | ) |
| | ) |
| Plaintiff, | ) Case No. 1:22-cv-024 |
| | ) |
| v. | ) By:   Michael F. Urbanski |
| | ) Senior United States District Judge |
| **HOME DEPOT U.S.A., INC.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, plaintiff Vladimir Kruglyak's motions seeking remand are **DENIED**. ECF No. 143; ECF No. 147; ECF No. 148.[1] Defendant Home Depot U.S.A., Inc.'s motion for summary judgment is **GRANTED**. ECF No. 137. Additionally, for the reasons set forth in the court's prior memorandum opinion, ECF No. 111, which granted Home Depot U.S.A., Inc.'s prior motion for summary judgment consenting to judgment in Kruglyak's favor and against Home Depot U.S.A., Inc. on Count Two for breach of contract in the amount of $3,696.35, it is hereby **ORDERED** and **ADJUDGED** that final judgment in favor of Kruglyak and against Home Depot in the amount of $3,696.35 is awarded. The court directs the entry of final judgment as set forth herein above.

It is further **ORDERED** that this case be stricken from the active docket of the court.

---

[1] Two of these motions were also styled as notices of voluntary dismissal of Kruglyak's federal claim. ECF No. 147; ECF No. 148. However, because that claim was already disposed of, ECF No. 111 at 25-27, a motion for voluntary dismissal is moot and must be **DENIED**.

1

It is so **ORDERED**.

Entered: May 5, 2025

/s/ Michael F. Urbanski

Michael F. Urbanski

Senior United States District Judge