Case 1:22-cv-00024-MFU-PMS   Document 152   Filed 05/06/25   Page 1 of 1
Pageid#: 1234

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA

May 06, 2025

LAURA A. AUSTIN, CLERK
BY KRISTIN AYERSMAN
   DEPUTY CLERK

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| VLADIMIR KRUGLYAK <br> *Plaintiff* <br> v. <br> HOME DEPOT, U.S.A., INC., <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 1:22CV00024 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Vladimir Kruglyak recover from the defendant *(name)* Home Depot, U.S.A., Inc. the amount of three thousand six hundred ninety six and thirty five cents dollars ($ 3,696.35 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Michael F. Urbanski, Senior United States District Judge on a motion for summary judgment, in which Home Depot, U.S.A., Inc. consented to judgment in Kruglyak's favor and against Home Depot, U.S.A., Inc. on Count Two for breach of contract in the amount of $3,696.35, ECF No. 111; see also ECF No. 137.

Date: 5/6/2025

CLERK OF COURT

*Kayersman* Deputy Clerk

*Signature of Clerk or Deputy Clerk*