FILED: November 26, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1156 (L)
(1:22-cv-00024-MFU-PMS)

_____

VLADIMIR KRUGLYAK, d/b/a Fruklyak, Inc.

       Plaintiff - Appellant

v.

KAREN J. PHOEBUS

       Defendant - Appellee

 and

HOME DEPOT U.S.A., INC.

       Defendant

_____

No. 25-1144
(1:22-cv-00024-MFU-PMS)

_____

VLADIMIR KRUGLYAK

       Plaintiff - Appellant

v.

HOME DEPOT U.S.A., INCORPORATED

  Defendant - Appellee

------

No. 25-1795
(1:22-cv-00024-MFU-PMS)

------

VLADIMIR KRUGLYAK

  Plaintiff - Appellant

v.

HOME DEPOT U.S.A., INCORPORATED

  Defendant - Appellee

------

J U D G M E N T

------

  In accordance with the decision of this court, the judgment of the district court is affirmed.

  This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

           /s/ NWAMAKA ANOWI, CLERK